IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Elizabeth Alvarado,   No.   C06-4015 MJJ

    Plaintiff,   **ORDER OF REFERENCE**

v.

Costco Wholesale Corporation,

    Defendant.
_____/

Pursuant to Local Rule 72-1, it is HEREBY ORDERED that this case is referred FOR ALL DISCOVERY PURPOSES to a Magistrate Judge, with any motions to be heard and considered at the convenience of his or her calendar. Counsel will be advised of the date, time and place of appearance by notice from the assigned Magistrate Judge.

Dated: April 2, 2007

                                      MARTIN J. JENKINS
                                      United States District Judge