UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ELIZABETH ALVARADO,

    Plaintiff,

    v.

COSTCO WHOLESALE CORPORATION,

    Defendant.
_____/

Case No. C 06-4015 MJJ (JL)

RECUSAL ORDER

TO ALL PARTIES AND COUNSEL OF RECORD:

This Court hereby recuses itself from hearing this matter. The Clerk shall reassign this matter forthwith to another judge.

IT IS SO ORDERED.

Dated: April 3, 2007

                                                JAMES LARSON
                                                Chief Magistrate Judge

United States District Court
For the Northern District of California