1  Scott Edward Cole, Esq. (S.B. #160744)
   Clyde H. Charlton, Esq. (S.B. #127541)
2  Matthew R. Bainer, Esq. (S.B. #220972)
   **SCOTT COLE & ASSOCIATES, APC**
3  1970 Broadway, Ninth Floor
   Oakland, California 94612
4  Telephone: (510) 891-9800
   Facsimile:  (510) 891-7030
5  web:    www.scalaw.com

6  Attorneys for Plaintiff

7

8                  UNITED STATES DISTRICT COURT

9       NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

10

11  ELIZABETH ALVARADO,                )   Case No.: C 06-04015 MJJ
    individually, and on behalf of all others )
12  similarly situated,                )
                                        )
13                      Plaintiff,      )   STIPULATION BY ALL PARTIES
    vs.                                 )   CONTINUING DATES
14                                      )
    COSTCO WHOLESALE                    )   [PROPOSED] ORDER
15  CORPORATION,                        )
                        Defendants.     )
16                                      )
                                        )
17  _____

18       WHEREAS the hearing on class certification is currently set for August 28, 2007, with

19  parties to back out a briefing schedule;

20       WHEREAS Plaintiff filed a Motion to Compel Further Discovery Responses on March 26,

21  2007 seeking information believed to be relevant to certification issues;

22       WHEREAS a hearing date has yet to be set for Plaintiff's Motion to Compel;

23       WHEREAS Defendant has sought information believed to be relevant to certification and

24  has asked for a briefing schedule for its own contemplated Motion To Compel;

25       WHEREAS the parties will soon file a further stipulation allowing the filing of Plaintiff's

26  Amended Complaint adding additional related claims concerning meal and rest break violations;

27       WHEREAS further discovery is needed by both sides concerning these additional claims

28  prior to the briefing on class certification; and

WHEREAS the current expert discovery cutoff dates will not allow for the necessary discovery.

IT IS THEREFORE STIPULATED AND AGREED, by and between the parties hereto through their attorneys of record, and subject to the approval of the Court, as follows:

1. The parties agree that the deadline for Expert Witness Designation, which is currently set for June 1, 2007, should be continued for approximately sixty days to July 31, 2007, or such later date as is convenient for the Court's calendar.

2. The parties agree that deadline for Expert Reports, which is currently set for June 8, 2007, should be continued for approximately sixty days to August 7, 2007, or such later date as is convenient for the Court's calendar.

3. The parties agree that the deadline for Designation of Supplemental/Rebuttal Experts, which is currently set for June 15, 2007, should be continued for approximately sixty days to August 14, 2007, or such later date as is convenient for the Court's calendar.

4. The parties agree that the deadline for Supplemental/Rebuttal Reports, which is currently set for June 22, 2007, should be continued for approximately sixty days to August 21, 2007, or such later date as is convenient for the Court's calendar.

5. The parties agree that the Expert Discovery Cutoff date, which is currently set for June 29, 2007, should be continued for approximately sixty days to August 28, 2007, or such later date as is convenient for the Court's calendar.

6. The parties agree that the filing date for a Motion re Class Certification, which is currently set for July 24, 2007, should be continued for approximately sixty days to September 24, 2007, or such later date as is convenient for the Court's calendar.

7. The parties agree that the hearing date on Class Certification, which is currently set for August 28, 2007, should likewise be continued for approximately sixty days to October 30, 2007, or such later date as is convenient for the Court's calendar.

8. The parties agree that the deadline for Dispositive Motions to be heard, which is currently set for August 28, 2007, should likewise be continued for approximately sixty days to October 30, 2007, or such later date as is convenient for the Court's calendar.

1  Dated: May 31, 2007

SCOTT COLE & ASSOCIATES, APC

_____
Matthew R. Bainer, Esq.
Attorney for Representative Plaintiff
and the Plaintiff Class

7  Dated: May 30, 2007

SEYFARTH SHAW LLP

_____
Kenwood Youmans, Esq.
David Kadue, Esq.
Attorneys for Defendant

9. A FURTHER STATUS CONFERENCE IS SCHEDULED ON DECEMBER 4, 2007 AT 2:00 PM. A JOINT STATUS CONFERENCE STATEMENT IS DUE 10 DAYS PRIOR TO THE CONFERENCE. THE CURRENT STATUS CONFERENCE SET FOR SEPTEMBER 25, 2007 IS VACATED.

**IT IS SO ORDERED**
Judge Martin J. Jenkins
Dated: 6/1/2007
(United States District Court, Northern District of California seal)

**ORDER**

GOOD CAUSE APPEARING, THE COURT HEREBY ORDERS AS FOLLOWS:

1. The deadline for Expert Witness Designation is continued from June 1, 2007 to _____, 2007.

2. The deadline for Expert Reports is continued from June 8, 2007 to _____, 2007.

3. The deadline for Designation of Supplemental/Rebuttal Experts is continued from June 15, 2007 to _____, 2007.

4. The deadline for Supplemental/Rebuttal Reports is continued from June 22, 2007 to _____, 2007.

5. The Expert Discovery Cutoff date is continued from June 29, 2007 to _____, 2007.

6. The filing date for a Motion re Class Certification is continued from July 24, 2007 to _____, 2007.

7. The hearing on Class Certification is continued from August 28, 2007 to _____, 2007 at _____.

8. The deadline for Dispositive Motions to be heard is continued from August 28, 2007 to _____, 2007.

Dated: _____, 2007

_____
HON. MARTIN J. JENKINS
Judge of the District Court

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WORLD SAVINGS TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800