Scott Edward Cole, Esq. (S.B. #160744)
Matthew R. Bainer, Esq. (S.B. #220972)
Kevin R. Allen (S.B. #
**SCOTT COLE & ASSOCIATES, APC**
1970 Broadway, Ninth Floor
Oakland, California 94612
Telephone: (510) 891-9800
Facsimile: (510) 891-7030
web:   www.scalaw.com

Attorneys for Representative Plaintiff
and the Plaintiff Class

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ELIZABETH ALVARADO, individually, and on behalf of all others similarly situated, | Case No.: C 06-04015 MJJ |
| Plaintiff, vs. | **STIPULATION BY ALL PARTIES CONTINUING DATES** |
| COSTCO WHOLESALE CORPORATION, Defendants. | **[PROPOSED] ORDER** |

WHEREAS the hearing on class certification is currently set for October 30, 2007, with parties to back out a briefing schedule;

WHEREAS Plaintiff filed a Motion to Compel Further Discovery Responses on March 26, 2007 seeking information believed to be relevant to certification issues;

WHEREAS Defendant has sought information believed to be relevant to certification and filed its own Motion To Compel on July 1, 2007;

WHEREAS Magistrate Judge James filed a Notice of Reference on July 12, 2007 requiring the parties to meet and confer in regards to all outstanding discovery disputes and submit letter briefs thereon;

WHEREAS the parties have met and conferred and are in the process of preparing the letter

1 briefs for submission to Judge James;

2 WHEREAS both sides seek further discovery concerning the additional claims in Plaintiff's
3 First Amended Complaint prior to the briefing on class certification;

4 WHEREAS the current expert discovery cutoff dates will not allow for the necessary
5 discovery; and

6 IT IS THEREFORE STIPULATED AND AGREED, by and between the parties hereto
7 through their attorneys of record, and subject to the approval of the Court, as follows:

8 1. The parties agree that the deadline for Expert Witness Designation, which is currently
9 set for July 31, 2007, should be continued for approximately forty five days to September 14, 2007,
10 or such later date as is convenient for the Court's calendar.

11 2. The parties agree that deadline for Expert Reports, which is currently set for August
12 7, 2007, should be continued for approximately forty five days to September 21, 2007, or such later
13 date as is convenient for the Court's calendar.

14 3. The parties agree that the deadline for Designation of Supplemental/Rebuttal Experts,
15 which is currently set for August 14, 2007, should be continued for approximately forty five days
16 to September 28, 2007, or such later date as is convenient for the Court's calendar.

17 4. The parties agree that the deadline for Supplemental/Rebuttal Reports, which is
18 currently set for August 21, 2007, should be continued for approximately forty five days to October
19 5, 2007, or such later date as is convenient for the Court's calendar.

20 5. The parties agree that the Expert Discovery Cutoff date, which is currently set for
21 August 28, 2007, should be continued for approximately forty five days to October 12, 2007, or such
22 later date as is convenient for the Court's calendar.

23 6. The parties agree that the filing date for a Motion re Class Certification, which is
24 currently set for September 24, 2007, should be continued for approximately forty five days to
25 November 8, 2007, or such later date as is convenient for the Court's calendar.

26 7. The parties agree that the hearing date on Class Certification, which is currently set
27 for October 30, 2007, should likewise be continued for approximately forty five days to December
28 18, 2007, or such later date as is convenient for the Court's calendar.

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WORLD SAVINGS TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL.: (510) 891-9800

1  Dated: May 31, 2007

SCOTT COLE & ASSOCIATES, APC

Matthew R. Bainer, Esq.
Attorney for Representative Plaintiff
and the Plaintiff Class

7  Dated: May 32, 2007

SEYFARTH SHAW LLP

Kenwood Youmans, Esq.
David Kadue, Esq.
Attorneys for Defendant

**ORDER**

GOOD CAUSE APPEARING, THE COURT HEREBY ORDERS AS FOLLOWS:

1. The deadline for Expert Witness Designation is continued from July 31, 2007 to **September 14, 2007**.

2. The deadline for Expert Reports is continued from August 7, 2007 to **September 21, 2007**.

3. The deadline for Designation of Supplemental/Rebuttal Experts is continued from August 14, 2007 to **September 28, 2007.**

4. The deadline for Supplemental/Rebuttal Reports is continued from August 21, 2007 to **October 5, 2007.**

5. The Expert Discovery Cutoff date is continued from August 28, 2007 to **October 12, 2007.**

6. The filing date for a Motion re Class Certification is continued from September 24, 2007 to **November 8, 2007**.

7. The hearing on Class Certification is continued from October 30, 2007 to **December 18, 2007 at 9:30 a.m.**

8. The deadline for Dispositive Motions to be heard is continued from October 30, 2007 to **December 18, 2007.**

Dated: _____8/7_____, 2007

_____
HON. MARTIN J. JENKINS
Judge of the District Court

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WORLD SAVINGS TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800