1 | Scott Edward Cole, Esq. (S.B. #160744)
  | Matthew R. Bainer, Esq. (S.B. #220972)
2 | Kevin R. Allen (S.B. #237994)
  | **SCOTT COLE & ASSOCIATES, APC**
3 | 1970 Broadway, Ninth Floor
  | Oakland, California 94612
4 | Telephone: (510) 891-9800
  | Facsimile: (510) 891-7030
5 | web:   www.scalaw.com

6 | Attorneys for Representative Plaintiff
  | and the Plaintiff Class

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ELIZABETH ALVARADO, individually, and on behalf of all others similarly situated, | Case No.: C 06-04015 MJJ |
| Plaintiff, | **STIPULATION BY ALL PARTIES CONTINUING DATES** |
| vs. | |
| COSTCO WHOLESALE CORPORATION, | [PROPOSED] **ORDER** |
| Defendants. | |

WHEREAS the hearing on class certification is currently set for December 18, 2007, with parties to back out a briefing schedule;

WHEREAS Defendant has designated an expert witness whose testimony is intended to be used in support of Defendant's briefings on the issue of class certification;

WHEREAS the parties mutually agree that additional time is necessary to complete Supplemental Expert Disclosures and Expert Witness Discovery;

WHEREAS the current expert discovery cutoff dates will not allow for the necessary discovery; and

IT IS THEREFORE STIPULATED AND AGREED, by and between the parties hereto through their attorneys of record, and subject to the approval of the Court, as follows:

1. The parties agree that the deadline for Designation of Supplemental/Rebuttal Experts,

which is currently set for October 26, 2007, should be continued to November 2, 2007

2. The parties agree that the deadline for Supplemental/Rebuttal Reports, which is currently set for November 2, 2007, should be continued to November 26, 2007.

3. The parties agree that the Expert Discovery Cutoff date, which is currently set for November 9, 2007, should be continued to December 21, 2007.

4. The parties agree that any motion regarding class certification under Rule 23 or summary adjudication under Rule 56 will be filed no later than January 18, 2008.

Dated: October 9, 2007

**SCOTT COLE & ASSOCIATES, APC**

Matthew R. Bainer
Attorney for Representative Plaintiff
and the Plaintiff Class

Dated: October __, 2007

**SEYFARTH SHAW LLP**

Kenwood Youmans
David Kadue
Attorneys for Defendant

1  which is currently set for October 26, 2007, should be continued to November 2, 2007

2     2.    The parties agree that the deadline for Supplemental/Rebuttal Reports, which is
3  currently set for November 2, 2007, should be continued to November 26, 2007.

4     3.    The parties agree that the Expert Discovery Cutoff date, which is currently set for
5  November 9, 2007, should be continued to December 21, 2007.

6     4.    The parties agree that any motion regarding class certification under Rule 23 or
7  summary adjudication under Rule 56 will be filed no later than January 18, 2008.

9  Dated: October ___, 2007

10                  SCOTT COLE & ASSOCIATES, APC

                _____
                Matthew R. Bainer
                Attorney for Representative Plaintiff
                and the Plaintiff Class

15  Dated: October 9, 2007

                SEYFARTH SHAW LLP

                */s/ signature*
                _____
                Kenwood Youmans
                David Kadue
                Attorneys for Defendant

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WORLD SAVINGS TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

**ORDER**

GOOD CAUSE APPEARING, THE COURT HEREBY ORDERS AS FOLLOWS:

1. The deadline for Designation of Supplemental/Rebuttal Experts is continued from September 28, 2007 ~~October 26, 2007~~, to **November 2, 2007**.

    October 5, 2007

2. The deadline for Supplemental/Rebuttal Reports is continued from ~~November 2, 2007~~, to **November 26, 2007**.

    October 12, 2007

3. The Expert Discovery Cutoff date is continued from ~~November 9, 2007~~, to **December 21, 2007**.

4. The deadline for any Motion regarding Class Certification under Rule 23 or Summary Adjudication under Rule 56, to **January 18, 2008**.

Dated: __10/10__, 2007

HON. MARTIN J. JENKINS
Judge of the District Court

*Judge Martin J. Jenkins (signature and seal — United States District Court, Northern District of California)*

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WORLD SAVINGS TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800