Scott Edward Cole, Esq. (S.B. #160744)
Matthew R. Bainer, Esq. (S.B. #220972)
Carrie S. Lin, Esq. (S.B. #241849)
**SCOTT COLE & ASSOCIATES, APC**
1970 Broadway, Ninth Floor
Oakland, California 94612
Telephone: (510) 891-9800
Facsimile:  (510) 891-7030
web:   www.scalaw.com

Attorneys for Representative Plaintiff
and the Plaintiff Class

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ELIZABETH ALVARADO, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>COSTCO WHOLESALE CORPORATION,<br>Defendants. | Case No.: C 06-04015 MJJ<br><br>**STIPULATION BY ALL PARTIES CONTINUING DATES**<br><br>[PROPOSED] ORDER |

WHEREAS the deadline for filing a Rule 23 motion currently is January 18, 2007;

WHEREAS Defendant's Motion for Summary Judgment is currently set for hearing on January 15, 2008;

WHEREAS the parties mutually agree that additional time is necessary to fully brief Defendant's Motion for Summary Judgment against Named Plaintiff Elizabeth Alvarado as an individual;

WHEREAS the parties mutually agree that the interests of judicial economy and efficiency would be served by obtaining a ruling on Defendant's Motion for Summary Judgment against Named Plaintiff Elizabeth Alvarado as an individual prior to Plaintiff filing a Motion for Class Certification;

IT IS THEREFORE STIPULATED AND AGREED, by and between the parties hereto

1  through their attorneys of record, and subject to the approval of the Court, as follows:

2      1.    The parties agree that the deadline for any Rule 56 motion shall be extended until January 22, 2007;

    2.    The parties agree that the hearing date for Defendant's Motion for Summary Judgment shall be taken off-calendar;

    4.    The parties agree that any motion regarding class certification under Rule 23 will be filed no later than 30 days after entry of this Court's order on Defendant's Motion for Summary Judgment.

Dated: December 3, 2007

**SCOTT COLE & ASSOCIATES, APC**

_____
Matthew R. Bainer
Attorney for Representative Plaintiff
and the Plaintiff Class

Dated: December 3, 2007

**SEYFARTH SHAW LLP**

_____
Kenwood Youmans
David Kadue
Attorneys for Defendant

**ORDER**

GOOD CAUSE APPEARING, THE COURT HEREBY ORDERS AS FOLLOWS:

1. The deadline for Defendant to file a Motion for Summary Judgment is continued from January 18th, 2008 until January 22, 2008;

2. Defendant's Motion for Summary Judgment, currently set for hearing on January 15, 2008, shall be taken off calendar and re-calendared according to the deadline set forth above;

3. Any Rule 23 motion must be filed within 30 days after the entry of this Court's order on Defendant's Motion for Summary Judgment.

Dated: _____12/11_____, 2007

_____
HON. MARTIN J. JENKINS
Judge of the District Court

*[Seal: United States District Court, Northern District of California — signed Judge Martin J. Jenkins]*