IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH ALVARADO, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION and DOES 1 though 25, inclusive,<br><br>Defendants.<br>_____/ | Case No. C-06-4015 JSW (MEJ)<br><br>ORDER FOR PARTIES TO APPEAR FOR COURTROOM MEET AND CONFER SESSION |

The Court notes that parties have been unable to settle their discovery disputes in this matter. The Court therefore ORDERS the parties to appear on March 4, 2008, in Courtroom B., 450 Golden Gate Avenue, San Francisco, California. At the meet and confer session, the parties should come prepared to meaningfully discuss and resolve their outstanding discovery disputes. In the event that the parties are unable to resolve their disputes, they shall draft a joint letter at the meet and confer session in compliance with the Court's standing order and said letter shall be presented by the parties for filing at the conclusion of the session. Thus the parties are ORDERED to bring with them one laptop computer and auxiliary storage medium, such as a flash drive, thumb drive, or diskette, to use

in drafting said letter. Each party shall also separately submit to the court and electronically file a proposed order on any outstanding issues. This proposed order to be filed by March 6, 2008. The parties are advised that they will not meet with the undersigned during or after the meet and confer session.

However, should the parties meet and confer in person and resolve their disputes prior to March 4, 2008, the parties shall jointly request that the Court vacate the March 4 meet and confer session.

**IT IS SO ORDERED.**

Dated: February 21, 2008

MARIA-ELENA JAMES
United States Magistrate Judge