IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELIZABETH ALVARADO,

    Plaintiff,

v.

COSTCO WHOLESALE CORPORATION,

    Defendant.

No. C 06-04015 JSW

**ORDER RESETTING HEARING DATE AND DIRECTING PARTIES TO FILE LETTER RE CONSENT**

The Court has received the fully-briefed motion for summary judgment in this matter and Defendant Costco Wholesale Corporation's renotice of the motion hearing for April 18, 2008 at 9:00 a.m. Due to the Court's calendar, the hearing is RESET for June 6, 2008 at 9:00 a.m.

Also, on or before March 14, 2008, the parties shall file a joint letter stating whether or not they will be consent to reassignment of this matter to a randomly-assigned or specific Magistrate Judge. If all parties so consent, the matter will be transferred forthwith. Such reassignment has the potential to result in greater convenience to the parties and more expeditious disposition of the matter on the merits.

**IT IS SO ORDERED.**

Dated: March 3, 2008

                            JEFFREY S. WHITE
                            UNITED STATES DISTRICT JUDGE