**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELIZABETH ALVARADO,

      Plaintiff,                     No. C 06-04015 JSW

  v.

COSTCO WHOLESALE CORPORATION,      **JUDGMENT**

      Defendant.

_____/

     Pursuant to the Court's order granting Defendant's motion for summary judgment, it is

HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of Defendant

Costco Wholesale Corporation and against Plaintiff Elizabeth Alvarado.

     **IT IS SO ORDERED.**

Dated:  June 18, 2008

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE